IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENDALL C. RICHARDSON,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| SUPERINTENDENT KEVIN KAUFMANN, et al.<br>Respondents, | : | NO. 15-6362 |

## ORDER

JOSEPH F. LEESON, JR, J.

AND NOW, this  20th  day of   May  , 2016, upon careful and independent consideration of the petition for Writ of *Habeas Corpus* and the Motion to Stay (Doc. 9), and after review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Motion to Stay is GRANTED.

4. Petitioner shall notify the court within forty-five (45) days of the conclusion of the pending state court proceddings.

BY THE COURT:

_____
JOSEPH F. LEESON, JR, J.