UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| KENDALL C. RICHARDSON, : | |
|         Petitioner, : | |
|     v. : | No. 5:15-cv-6362 |
| : | |
| KAUFFMAN et al., : | |
|         Respondents. : | |

_____

# O R D E R

**AND NOW**, this 27th day of June, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's Motion for Reconsideration of Report and Recommendation, ECF No. 15, is **GRANTED**;

2. The Order dated May 20, 2016, ECF No. 13, is **VACATED**;

3. Petitioner's objections, ECF Nos. 14-15, are **OVERRULED**;

4. The Report and Recommendation, ECF No. 13, is **APPROVED and ADOPTED**;

5. Petitioner's request to stay and abey, ECF No. 9, is **GRANTED**;

6. This action is **STAYED** pending exhaustion of Petitioner's state court proceedings;

7. Petitioner shall notify the court within forty-five (45) days of the conclusion of the pending state court proceedings;

8. The Clerk of Court shall **TRANSFER** the above-captioned action to the **Civil Suspense Docket**, and **MARK** the case **CLOSED for statistical purposes**;

9. The Court shall **RETAIN** jurisdiction over the case and shall **RETURN** it to the Court's active docket once the case is ready to proceed to final disposition; and

10. There is no basis for a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge