UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

KENDALL C. RICHARDSON,      :
            Petitioner,      :
            :
        v.           :      No. 5:15-cv-6362
            :
SUPERINTENDENT KEVIN KAUFFMAN;      :
THE DISTRICT ATTORNEY OF THE      :
COUNTY OF LEHIGH; and      :
THE ATTORNEY GENERAL      :
OF THE STATE OF PENNSYLVANIA,      :
            Respondents.      :

---

## **O R D E R**

**AND NOW**, this 29th day of March, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1.     Richardson's objections, ECF No. 27, to the R&R are **OVERRULED in part and SUSTAINED in part**.

2.     The Report and Recommendation, ECF No. 24, is **ADOPTED in part and NOT ADOPTED in part**.

3.     The action is **REMANDED** to the Honorable Linda K. Caracappa, Chief United States Magistrate Judge, for further factual development consistent with the Opinion and for a Report and Recommendation pursuant to 28 U.S.C. § 636.

4.     There is no basis for a certificate of appealability.

                          BY THE COURT:

                          */s/ Joseph F. Leeson, Jr.*
                          JOSEPH F. LEESON, JR.
                          United States District Judge