UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENDALL C. RICHARDSON,<br>    Petitioner,<br><br>v.<br><br>SUPERINTENDENT KEVIN KAUFFMAN;<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF LEHIGH; and<br>THE ATTORNEY GENERAL<br>OF THE STATE OF PENNSYLVANIA,<br>    Respondents. | No. 5:15-cv-6362 |

# O R D E R

**AND NOW**, this 22nd day of August, 2019, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Richardson's objections, ECF No. 37, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 32, is **APPROVED and ADOPTED**;

3. The petition for writ of habeas corpus, ECF No. 1, is **DENIED and DISMISSED**;

4. This case is **CLOSED**; and

5. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge